**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SIRRANO KEITH BALDEO, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY of PATERSON, et al., <br> Defendants. | Civil Action No. <br><br> 2:18-CV-5359-KM-SCM <br><br> **SUPPLEMENTAL SCHEDULING ORDER** |

    **IT IS** on this Tuesday, March 17, 2020 ordered that the Scheduling Order is

hereby supplemented as follows:

1. Motions for summary judgment shall be filed on 6/5/2020.  *See* Fed. R. Civ. P. 56(b); Local Civ.R. 7.1.  Opposition is to be filed by 6/19/2020.  Replies are to be filed within seven days of the opposition.  The motion will returnable before the Hon. Kevin McNulty, U.S.D.J., and the Judge's chambers will advise whether oral argument will be requested. If the case is not dismissed on motion, the parties shall reengage in settlement discussions and plaintiff shall contact the undersigned in writing within one week to schedule a telephone conference.

2. A telephone conference is scheduled with Judge Mannion on 6/30/2020 at 4:15 PM. Defendant(s)' counsel is to initiate the call.

3. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

3/17/2020 11:05:41 AM

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.
cc: All parties
    File